**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 01-6400**

―――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

REGINALD DAVIS,

Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  James H. Michael, Jr., Senior District Judge.  (CR-93-25)

―――――――――――

Submitted:  June 21, 2001          Decided:  June 29, 2001

―――――――――――

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Reginald Davis, Appellant Pro Se.  Thomas Jack Bondurant, Jr., Assistant United States Attorney, Roanoke, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Reginald Davis appeals the district court's order dismissing his motion challenging the sufficiency of his indictment under Fed. R. Crim. P. 12(b)(2).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm substantially on the reasoning of the district court.[*]  <u>See</u> <u>United States v. Davis</u>, No. CR-93-25 (W.D. Va. Feb. 23, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] We note that defendants may not bring Rule 12(b)(2) notices once their convictions have become final, as at that point their proceedings are no longer pending.  <u>See</u> <u>United States v. Wolff</u>, 241 F.3d 1055, 1056-57 (8th Cir. 2001); <u>Stamper v. Baskerville</u>, 724 F.2d 1106 (4th Cir. 1984).